# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

DAVID RAE

Defendant.

**CASE NUMBER** 2:19-CR-00247-KM-4

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, DAVID RAE, was represented by DAVID TOUGER, ESQ.

The defendant pleaded guilty to counts 8-9 of the INDICTMENT on 12/19/2019. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| 18:1956(h) | CONSPIRACY TO COMMIT INTERNATIONAL MONEY LAUNDERING-CONCEALMENT | 9/2018 - 12/2018 | 8 |
| 18:1956(a)(3)(B) and 2 | MONEY LAUNDERING | 3/12/2019 | 9 |

As pronounced on February 07, 2020, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $200.00 for counts 8-9, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 7th day of February, 2020.

Kevin McNulty
U.S. District Judge

PR25RH United Kingdom

Defendant: DAVID RAE
Case Number: 2:19-CR-00247-KM-4

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED, concurrently with Criminal Case No. 19-cr-895-01.

The defendant will remain in the custody of the U.S. Marshals Service to transfer to FBI custody to be escorted to airport and be deported.

The Court ordered no supervised release.

The Court finds that the defendant does not have the ability to pay a fine. The Court waives the fine in this case

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal